UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAWNIKA BENSON,

               Plaintiff,

v.

DEPARTMENT OF HEALTH AND
HUMAN SERVICES, ELIZABETH
HERTEL, in her official capacity as
Director of the Michigan Department of
Health and Human Services, and
ASHLEIGH BROTHERSON, in her
individual capacity and in her official
capacity as Director of the Division of
Child Welfare Licensing,

               Defendants.

Case No. 1:26-CV-01728

Hon. Paul L. Maloney

---

Richard E. Hillary II (P56092)
Stephen J. van Stempvoort (P79828)
Andrea M. Dalimonte (P87259)
MILLER JOHNSON
Attorneys for Plaintiff
45 Ottawa Avenue, S.W., Suite 1100
Grand Rapids, MI  49501-0306
(616) 831-1700
hillaryr@millerjohnson.com
vanstempvoorts@millerjohnson.com
dalimontea@millerjohnson.com

---

## Motion to Remove and Replace Complaint Exhibit 8 (RE 1-8)

Plaintiff Dawnika Benson ("Ms. Benson") moves this Court to strike and remove Exhibit 8 (RE 1-8, PageID.65) to the Complaint. The version of Exhibit 8 that is found at RE 1-8 inadvertently failed to redact certain private identifying information. See Fed. R. Civ. P. 5.2(a). Plaintiff therefore moves this Court to strike

the version of Exhibit 8 found at RE 1-8, PageID.65, and replace it with the redacted version of Exhibit 8 found at RE 3, PageID.86.

MILLER JOHNSON
Attorneys for Plaintiff

Dated:  June 1, 2026          By /s/ Stephen J. van Stempvoort
                                      Richard E. Hillary II (P56092)
                                      Stephen J. van Stempvoort (P79828)
                                      Andrea M. Dalimonte (P87259)
                                      45 Ottawa Avenue, S.W., Suite 1100
                                      Grand Rapids, MI  49501-0306
                                      (616) 831-1700
                                      hillaryr@millerjohnson.com
                                      vanstempvoorts@millerjohnson.com
                                      dalimontea@millerjohnson.com